## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| SUSAN GLEASON, CANDI GABRIELSE, Individually, and as representatives of a Class of Participants and Beneficiaries of the Bronson Healthcare Group, Inc. 403(b) Tax Sheltered Matching Plan, | Case No. 1:21-cv-00379-HYJ-PJG |
| | Judge: Hon. Hala Y. Jarbou |
| Plaintiffs, | Magistrate Judge Phillip J. Green |
| v. | |
| BRONSON HEALTHCARE GROUP, INC., | |
| and | |
| BOARD OF DIRECTORS OF BRONSON HEALTHCARE GROUP, INC., | |
| and | |
| JOHN DOE 1-30, | |
| Defendants | |

HANEY LAW FIRM, P.C.
Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
(616) 235-2300 - Phone
(616) 459-0137 - Fax
thaney@troyhaneylaw.com

WALCHESKE & LUZI, LLC
James A. Walcheske (WI# 1065635)
Scott S. Luzi (WI# 1067405)
Paul M. Secunda (WI#1074127)
235 N. Executive Dr., Suite 240
Brookfield, WI 53005
(262) 780-1953 – Phone
(262) 565-6469 – Fax
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
psecunda@walcheskeluzi.com

Attorneys for Plaintiffs

JACKSON LEWIS, P.C.
Blaine Veldhuis
2000 Town Center, Suite 1650
Southfield, MI  48075
(248) 936-1900 – Phone
(248) 936-1901 - Fax
Blaine.Veldhuis@Jacksonlewis.com

Howard Shapiro
650 Poydras Street, Suite 1900
New Orleans, LA 70130
 (504) 208-1755 - Phone
 (504) 208-1759 - Fax
Howard.Shapiro@jacksonlewis.com

Attorneys for Defendants

## JOINT STIPULATION AND ORDER STAYING MATTER TO ALLOW PARTIES TO ENGAGE IN VOLUNTARY MEDIATION

Plaintiffs Susan Gleason and Candi Gabrielse (collectively, the "Plaintiffs"), and Defendants Bronson Healthcare Group, Inc. and Board of Directors of Bronson Healthcare Group, Inc. (collectively referred to as "Defendants")(Plaintiffs and Defendants collectively referred to as the "Parties"), through their respective counsel, having stipulated and agreed as set forth below and the Court being advised on the premises:

WHEREAS, the Parties have discussed and have agreed voluntarily to engage in private mediation with the goal of reaching a global amicable resolution of this ERISA class action;

WHEREAS, to provide the Parties with sufficient time to prepare for mediation, analyze their positions, and exchange information, the Parties request that the Court stay this matter in its entirety, including all deadlines, through and including Wednesday, November 24, 2021;

WHEREAS, the Parties have agreed to engage in and conclude the mediation before Wednesday, November 24, 2021;

WHEREAS, the Parties agree that they will report back to the Court as to the status of the matter as of Monday, November 29, 2021;

THEREFORE, the Court being fully advised, the Parties pray that this matter be stayed in its entirety, including all deadlines, up to and including **November 24, 2021**, and the Parties shall file a status report with this Court on or before Monday, **November 29, 2021**, after which time the Court will reset the deadline for Defendants to file their first responsive pleading to Plaintiffs' Complaint, if necessary.

...

IT IS SO ORDERED.

Dated: July 27, 2021                              /s/ Hala Y. Jarbou
                                                 HALA Y. JARBOU
                                                 UNITED STATES DISTRICT JUDGE

**WE HEREBY STIPULATE TO THE FOREGOING:**

*/s/ Paul M. Secunda (with consent)*
HANEY LAW FIRM, P.C.
Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
(616) 235-2300 - Phone
(616) 459-0137 - Fax
thaney@troyhaneylaw.com

WALCHESKE & LUZI, LLC
James A. Walcheske (WI# 1065635)
Scott S. Luzi (WI# 1067405)
Paul M. Secunda (WI#1074127)
235 N. Executive Dr., Suite 240
Brookfield, WI 53005
(262) 780-1953 – Phone
(262) 565-6469 – Fax
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
psecunda@walcheskeluzi.com

*Attorney for Plaintiffs*

*/s/Blaine A. Veldhuis*
JACKSON LEWIS P.C.
Howard Shapiro
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Howard.Shapiro@jacksonlewis.com

Blaine A Veldhuis (P78840)
2000 Town Center, Suite 1650
Southfield, MI 48075
Tel: (248) 936-1900
Fax: (248) 936-1901
Blaine.Veldhuis@jacksonlewis.com

*Attorneys for Defendants*