**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| SUSAN GLEASON, CANDI GABRIELSE, Individually, and as representatives of a Class of Participants and Beneficiaries of the Bronson Healthcare Group, Inc. 403(b) Tax Sheltered Matching Plan, | Case No. 1:21-cv-00379-HYJ-PJG |
| Plaintiffs, | Judge: Hon. Hala Y. Jarbou |
| v. | Magistrate Judge Phillip J. Green |
| BRONSON HEALTHCARE GROUP, INC., | |
| and | |
| BOARD OF DIRECTORS OF BRONSON HEALTHCARE GROUP, INC., | |
| and | |
| JOHN DOE 1-30, | |
| Defendants | |

| | |
|---|---|
| HANEY LAW FIRM, P.C.<br>Troy W. Haney<br>330 E. Fulton<br>Grand Rapids, MI 49503<br>(616) 235-2300 - Phone<br>(616) 459-0137 - Fax<br>thaney@troyhaneylaw.com | JACKSON LEWIS, P.C.<br>Blaine A. Veldhuis (P78840)<br>2000 Town Center, Suite 1650<br>Southfield, MI  48075<br>(248) 936-1900 – Phone<br>(248) 936-1901 - Fax<br>Blaine.Veldhuis@Jacksonlewis.com |
| WALCHESKE & LUZI, LLC<br>James A. Walcheske (WI# 1065635)<br>Scott S. Luzi (WI# 1067405)<br>Paul M. Secunda (WI#1074127)<br>235 N. Executive Dr., Suite 240<br>Brookfield, WI 53005<br>(262) 780-1953 – Phone<br>(262) 565-6469 – Fax<br>jwalcheske@walcheskeluzi.com<br>sluzi@walcheskeluzi.com<br>psecunda@walcheskeluzi.com | Howard Shapiro<br>650 Poydras Street, Suite 1900<br>New Orleans, LA 70130<br>(504) 208-1755 - Phone<br>(504) 208-1759 - Fax<br>Howard.Shapiro@jacksonlewis.com<br><br>Attorneys for Defendants |
| Attorneys for Plaintiffs | |

## JOINT STATUS REPORT

Plaintiffs Susan Gleason and Candi Gabrielse ("Plaintiffs"), and Defendants Bronson Healthcare Group, Inc. and the Board of Directors of Bronson Healthcare Group, Inc. ("Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties"), through their respective counsel, file this Joint Status Report pursuant to the July 27, 2021 Joint Stipulation and Order Staying Matter to Allow Parties to Engage in Voluntary Mediation [ECF. No. 11, PageID.70-73]:

1. On November 2, 2021, the Parties participated in a mediation before Robert A. Meyer, a nationally known JAMS mediator.

2. The Parties agreed to a settlement in principle, that will resolve this ERISA class action in its entirety.

3. The Parties are collaborating on a comprehensive settlement agreement and other pleadings that will effectuate this class action settlement.

4. The Parties anticipate filing a Motion for Preliminary Approval of Settlement together with all exhibits and ancillary pleadings on or before December 20, 2021.

5. In conjunction with the Motion for Preliminary Approval of Settlement, on or before December 20, 2021, the parties will submit a proposed class notice, a proposed schedule for the mailing of class notice, a proposed schedule for the filing of class member objections (if any), a proposed date for the final fairness hearing, and other matters to be accomplished to complete this ERISA class actions settlement.

6. The Parties request that the previously entered stay [ECF. No. 11, PageID.70-73] remain in effect until the settlement is finalized.

**SO ORDERED** that the Stay of these Proceedings will remain in effect while the Parties complete all tasks necessary to finalize the settlement of this matter. Motion for Preliminary Approval of Settlement, or a joint status report, to be filed on or before **December 20, 2021**.

Dated: November 23, 2021         /s/ Hala Y. Jarbou
                                 Hon. Hala Y. Jarbou
                                 United States District Judge

**WE HEREBY AGREE TO THE CONTENTS:**

*/s/ Paul M. Secunda (with Consent)*
HANEY LAW FIRM, P.C.
Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
(616) 235-2300 - Phone
(616) 459-0137 - Fax
thaney@troyhaneylaw.com

WALCHESKE & LUZI, LLC
James A. Walcheske (WI# 1065635)
Scott S. Luzi (WI# 1067405)
Paul M. Secunda (WI#1074127)
235 N. Executive Dr., Suite 240
Brookfield, WI 53005
(262) 780-1953 – Phone
(262) 565-6469 – Fax
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
psecunda@walcheskeluzi.com

*Attorney for Plaintiffs*

*/s/ Blaine A. Veldhuis*
JACKSON LEWIS P.C.
Howard Shapiro
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Howard.Shapiro@jacksonlewis.com

Blaine A Veldhuis (P78840)
2000 Town Center, Suite 1650
Southfield, MI 48075
Tel: (248) 936-1900
Fax: (248) 936-1901
Blaine.Veldhuis@jacksonlewis.com

*Attorneys for Defendants*