UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN GLEASON, CANDI GABRIELSE, Individually, and as representatives of a Class of Participants and Beneficiaries of the Bronson Healthcare Group, Inc. 403(b) Tax Sheltered Matching Plan,<br><br>    Plaintiffs,<br><br>  v.<br><br>BRONSON HEALTHCARE GROUP, INC.,<br><br>  and<br><br>BOARD OF DIRECTORS OF BRONSON HEALTHCARE GROUP, INC.,<br><br>  and<br><br>JOHN DOE 1-30,<br><br>    Defendants | Case No. 1:21-cv-00379-HYJ-PJG<br><br>Judge: Hon. Hala Y. Jarbou<br><br>Magistrate Judge Phillip J. Green |

| | |
|---|---|
| HANEY LAW FIRM, P.C.<br>Troy W. Haney<br>330 E. Fulton<br>Grand Rapids, MI 49503<br>(616) 235-2300 - Phone<br>(616) 459-0137 - Fax<br>thaney@troyhaneylaw.com<br><br>WALCHESKE & LUZI, LLC<br>James A. Walcheske (WI# 1065635)<br>Scott S. Luzi (WI# 1067405)<br>Paul M. Secunda (WI#1074127)<br>235 N. Executive Dr., Suite 240<br>Brookfield, WI 53005<br>(262) 780-1953 – Phone<br>(262) 565-6469 – Fax<br>jwalcheske@walcheskeluzi.com<br>sluzi@walcheskeluzi.com<br>psecunda@walcheskeluzi.com<br><br>Attorneys for Plaintiffs | JACKSON LEWIS, P.C.<br>Blaine Veldhuis<br>2000 Town Center, Suite 1650<br>Southfield, MI  48075<br>(248) 936-1900 – Phone<br>(248) 936-1901 - Fax<br>Blaine.Veldhuis@Jacksonlewis.com<br><br>Howard Shapiro<br>Charles F. Seemann III<br>650 Poydras Street, Suite 1900<br>New Orleans, LA 70130<br>(504) 208-1755 - Phone<br>(504) 208-1759 - Fax<br>Howard.Shapiro@jacksonlewis.com<br>Charles.Seemann@jacksonlewis.com<br><br>Attorneys for Defendants |

1

### PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 17, 2022 at 10:00 a.m., before the Honorable Hala Y. Jarbou, United States District Judge, in Courtroom 128 of the United States District Court for the Western District of Michigan, in Lansing, Michigan, Plaintiffs Susan Gleason and Candi Gabrielse ("Plaintiffs") will and hereby do move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $1,000,000 (one-third of the $3.0 million Gross Settlement Amount); (2) reimbursement of $43,588.35 in litigation costs; and (3) class representative service awards in the amount of $7,500 to each of the named Plaintiffs ($15,000 total.)

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Paragraphs 4 and 22-26 of the Parties' Class Action Settlement Agreement (*Dkt. 18-1*) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Troy Haney and Paul Secunda, the previously filed declarations of the Class Representatives (*Dkt. Nos. 19, 20)*, the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that "Defendants take no position directly or indirectly on Class Counsel's application for attorneys' fees and expenses," because

Class Counsel has not requested an award of attorneys' fees higher than one-third, or 33.33%, of the Settlement Amount, totaling $1,000,000, and has not requested expenses that exceed $50,000. (*Dkt. 18-1, ¶ 22.*) As of the filing of this motion, there also have been no objections to the proposed attorneys' fees and costs, administrative expenses, or Class Representative service awards.

Dated this 19th day of April, 2022

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
James A. Walcheske*
Scott S. Luzi*
Paul M. Secunda**
* admitted pro hac vice
** admitted in W.D. Mich.

235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
E-Mail: sluzi@walcheskeluzi.com
E-Mail: psecunda@walcheskeluzi.com

**HANEY LAW FIRM, P.C.**

Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2022, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  April 19, 2022                                                        <u>s/Paul M. Secunda</u>
                                                                                       Paul M. Secunda