**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SUSAN GLEASON, CANDI GABRIELSE, Individually, and as representatives of a Class of Participants and Beneficiaries of the Bronson Healthcare Group, Inc. 403(b) Tax Sheltered Matching Plan,

Plaintiffs,

v.

BRONSON HEALTHCARE GROUP, INC.,

and

BOARD OF DIRECTORS OF BRONSON HEALTHCARE GROUP, INC.,

and

JOHN DOE 1-30,

Defendants

Case No. 1:21-cv-00379-HYJ-PJG

Judge: Hon. Hala Y. Jarbou

Magistrate Judge Phillip J. Green

---

HANEY LAW FIRM, P.C.
Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
(616) 235-2300 - Phone
(616) 459-0137 - Fax
thaney@troyhaneylaw.com

WALCHESKE & LUZI, LLC
James A. Walcheske (WI# 1065635)
Scott S. Luzi (WI# 1067405)
Paul M. Secunda (WI#1074127)
235 N. Executive Dr., Suite 240
Brookfield, WI 53005
(262) 780-1953 – Phone
(262) 565-6469 – Fax
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
psecunda@walcheskeluzi.com

Attorneys for Plaintiffs

JACKSON LEWIS, P.C.
Blaine Veldhuis
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900 – Phone
(248) 936-1901 - Fax
Blaine.Veldhuis@Jacksonlewis.com

Howard Shapiro
Charles F. Seemann III
650 Poydras Street, Suite 1900
New Orleans, LA 70130
(504) 208-1755 - Phone
(504) 208-1759 - Fax
Howard.Shapiro@jacksonlewis.com
Charles.Seemann@jacksonlewis.com

Attorneys for Defendants

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 17, 2022 at 10:00 a.m., before the Honorable Hala Y. Jarbou, United States District Judge, in Courtroom 128 of the United States District Court for the Western District of Michigan, in Lansing, Michigan, Plaintiffs Susan Gleason and Candi Gabrielse ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (*Dkt. 18-1*).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Paragraph 4 of theParties' Class Action Settlement Agreement and is based on the accompanying Memorandum ofLaw and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representatives (*Dkt. Nos.19, 20)*, the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1** to this Motion.

Defendants do not oppose the motion as parties to the Settlement.

Dated this 3rd day of May, 2022

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
James A. Walcheske*
Scott S. Luzi*
Paul M. Secunda**
* admitted pro hac vice
** admitted in W.D. Mich.
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953

Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
E-Mail: sluzi@walcheskeluzi.com
E-Mail: psecunda@walcheskeluzi.com

**HANEY LAW FIRM, P.C.**
Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: May 3, 2022

s/Paul M. Secunda
Paul M. Secunda