UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN GLEASON and CANDI
GABRIELSE, *Individually, and as
Representatives of a Class of Participants
and Beneficiaries of The Bronson*          Case No. 1:21-cv-379
*Healthcare Group, Inc. 403(B) Tax*
*Sheltered Matching Plan,*                  Hon. Hala Y. Jarbou

      Plaintiffs,

v.

BRONSON HEALTHCARE GROUP, INC.,
et al.,

      Defendants.

_____/

## **ORDER**

      The Court held a fairness hearing on the record, with all parties present, on May 17, 2022.

For the reasons stated on the record,

      **IT IS ORDERED** that Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Service Awards (ECF No. 24) is **GRANTED**.

Dated:   May 17, 2022                /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        UNITED STATES DISTRICT JUDGE